UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| DANIEL CHAVEZ, et al., ) <br> Plaintiffs, ) <br> vs. ) <br> LIBERTY MUTUAL FIRE ) <br> INSURANCE COMPANY, ) <br> Defendant. ) | 2:11-CV-01074-PMP-GWF <br><br> **ORDER** |

Having read and considered Defendant Liberty Mutual's fully briefed Motion for Summary Judgment (Doc. #21), and good cause appearing,

**IT IS ORDERED** that Defendant's Motion for Summary Judgment (Doc. #21) is **DENIED.**

DATED: July 23, 2012.

_____
PHILIP M. PRO
United States District Judge