UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| DANIEL CHAVEZ, et al., ) | |
| ) | 2:11-CV-01074-PMP-GWF |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| LIBERTY MUTUAL FIRE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

Having read and considered Defendant Liberty Mutual's fully briefed Motion for Summary Judgment (Doc. #21), and good cause appearing,

**IT IS ORDERED** that Defendant's Motion for Summary Judgment (Doc. #21) is **DENIED.**

DATED: July 23, 2012.

_____
PHILIP M. PRO
United States District Judge