UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DANIEL AND TERESA CHAVEZ,<br><br>  Plaintiff(s),<br><br>  vs<br><br>LIBERTY MUTUAL FIRE<br>INSURANCE COMPANY, et al.,<br><br>  Defendant(s). | Case # 2:11-CV-1074-PMP-GWF<br><br>ORDER REFERRING CASE FOR SETTLEMENTRENCE |

This case is currently stacked on the calendar on **Tuesday, March 12, 2013,** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **George W. Foley** for a settlement conference.

DATED this 3rd day of December, 2012.

_____
PHILIP M. PRO, U. S. DISTRICT JUDGE