UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANIEL AND TERESA CHAVEZ, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs ) <br> ) <br> LIBERTY MUTUAL FIRE ) <br> INSURANCE COMPANY, et al., ) <br> ) <br> Defendant(s). ) <br> ) | Case # 2:11-CV-1074-PMP-GWF <br><br> ORDER REFERRING CASE FOR SETTLEMENTRENCE |

This case is currently stacked on the calendar on **Tuesday, March 12, 2013,** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **George W. Foley** for a settlement conference.

DATED this  3rd  day of December, 2012.

_____
PHILIP M. PRO, U. S. DISTRICT JUDGE